UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
KATHERINE VALDEZ,                                                 :
:
Plaintiff,                                      :
:                         26-cv-314 (LJL)
-v-                                              :
:                              ORDER
JONATHAN MARDER, M.D., et al.,                                    :
:
Defendants.                                     :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The initial pretrial conference scheduled for March 26, 2026, at 4:00 PM is

ADJOURNED to April 22, 2026, at 2:00 PM.  Parties are directed to dial into the Court's

teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary

prompts.  Parties are further reminded to jointly submit to the Court a proposed Case

Management Plan and Scheduling Order one week prior to the conference consistent with the

Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: March 26, 2026
New York, New York                          _____
LEWIS J. LIMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2026