UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

KATHERINE VALDEZ,                      :

                  Plaintiff,          :
                                :         26-cv-314 (LJL)
    -v-                       :
                                :          ORDER
JONATHAN MARDER, M.D., et al.,    :

               Defendants.    :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On March 26, 2026, Plaintiff filed a stipulation voluntarily dismissing "only the claims asserted against Defendant United States of America." Dkt. No. 7 at 1. By June 26, 2026, Plaintiff shall file a letter with the Court regarding the status of the rest of the case.

SO ORDERED.

Dated: June 24, 2026
      New York, New York                                          
                                         LEWIS J. LIMAN
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2026