USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE VALDEZ,

Plaintiff,

-v-

JONATHAN MARDER, M.D., et al.,

Defendants.

26-cv-314 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff Katherine Valdez moves to remand this medical malpractice action to New York State Supreme Court, Bronx County, following the substitution of the United States for the individual named federal defendants and the entry of a stipulation dismissing the claims against the United States. Dkt. No. 11. The motion is unopposed. In light of the fact that the only remaining claims are state-law medical malpractice and negligence claims against defendants who are not federal employees and that there exists no independent basis for federal jurisdiction, the motion is granted. *See Green v. Bronx Lebanon Hosp. Ctr.*, 2026 WL 658450, at *1–2 (S.D.N.Y. Mar. 9, 2026) (remanding action to state court where parties entered stipulation substituting United States for individual federal defendants and dismissing claims against United States without prejudice); *Leifer v. Good Samaritan Hosp.*, 2026 WL 1948404, at *2, *13–14 (S.D.N.Y. July 2, 2026) (same, though defendants also sought consolidation with parallel proceeding alleging claims against the United States); *see also Spina v. Lu Feng Liu*, 541 F. Supp. 3d 426, 434 (S.D.N.Y. 2021) (same result, but dismissal of United States due to Court's finding of failure to exhaust administrative proceedings, not a stipulation of dismissal).

This action is remanded to New York State Supreme Court, Bronx County. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11 and to close this case.

SO ORDERED.

Dated: September 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge